UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE MANUEL ZALDIVAR-FUENTES, | ) | CASE NO.  4:10cv842 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE SARA LIOI |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | **MEMORANDUM OPINION AND ORDER** |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action.  Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).  In this case, the fourteen-day period has elapsed and no objections have been filed nor has any extension of time been sought.[1]  The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's report and recommendation and adopts the same.  Accordingly, Defendant's motion to dismiss (Doc. 11) is GRANTED and

---

[1] The Magistrate Judge's Report and Recommendation ("R&R") in this matter was filed June 22, 2011, and included an explanation that any objections would be due within fourteen days of Plaintiff's receipt of the R&R. The docket reflects that the R&R was mailed to Plaintiff on the same day that it was filed.

Plaintiff's complaint is DISMISSED without prejudice for failure to exhaust administrative remedies.

**IT IS SO ORDERED**.

Dated: July 20, 2011

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**

IT IS SO ORDERED.

DATE: July 20, 2011                            */s/ Sara Lioi*
                                                    Hon. Sara Lioi
                                                     UNITED STATES DISTRICT JUDGE